MDL DOCKET NO. ___

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN MARCH 8, 2010**

TO: Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 24 2010

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**✓** This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

___ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

___ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

Date: 3/1/10    Name: MELODY A. KRAMER    Authorized Signature: [signature]

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

Jens Erick Sorensen, etc.

Name and Address of Attorney Designated to Present Oral Argument:

Melody A. Kramer, Esq.
9930 Mesa Rim Rd., Ste. 1600
San Diego, CA 92121

Telephone No.: 858-362-3150    Fax No.: 858-824-9073

Email Address: mak@kramerlawip.com

IMAGED MAR 25 2010

**ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (9/08)

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2010

FILED
CLERK'S OFFICE

IN RE: PLASTIC INJECTION
MOLDING MANUFACTURING
PROCESS ('184) PATENT
LITIGATION

MDL NO. 2149

PROOF OF SERVICE

I, Melody A. Kramer, hereby certify that a copy of the foregoing **NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT** was served by US Regular Mail Delivery and Electronic Mail on Tuesday, March 02, 2010 to the following:

Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

AND

See Attached Panel Service List for Addresses.

/s/ Melody A. Kramer
MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

Attorney for JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

1

Docket: 2149 - IN RE: Plastic Injection Molding Manufacturing Process ('184) Patent Litigation
Status: Pending on / /
Transferee District:        Judge:                                                    Printed on 02/17/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Anderson, Gary M.<br>FULWIDER PATTON LLP<br>6060 Center Drive<br>10th Floor<br>Los Angeles, CA 90045 | =>Phone: (310) 824-5555  Fax: (310) 824-9696  Email: ganderson@fulpat.com<br>Rally Manufacturing, Inc.* |
| Ascencio, Teresa A.<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111 | =>Phone: (816) 460-2400  Fax: (816) 531-7545  Email: tascencio@sonnenchein.com<br>DMS Holdings, Inc. dba Mabis Healthcare dba Duro-Med Industries* |
| Best, J. Donald<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>Madison, WI 53703-4257 | =>Phone: (608) 257-3501  Fax: (608) 283-2275  Email: jdbest@michaelbest.com<br>Emerson Electric Co.*; One World Technologies, Inc.*; Ridge Tool Co.*; Ridgid, Inc.*; Ryobi Technologies, Inc.*; Senco Products, Inc.*; Techtronic Industries North America, Inc.* |
| Black, Kenneth B.<br>STOEL RIVES LLP<br>201 South Main Street<br>Suite 1100<br>Salt Lake City, UT 84111 | =>Phone: (801) 328-3131  Fax: (801) 578-6999  Email: kbblack@stoel.com<br>ACCO Brands USA LLC* |
| Bocchieri, Breton A.<br>SEYFARTH SHAW LLP<br>2029 Century Park, East<br>Suite 3500<br>Los Angeles, CA 90067-3021 | =>Phone: (310) 277-7200  Fax: (310) 201-5219  Email: BBocchieri@seyfarth.com<br>Helen of Troy Texas Corp.*; OXO International Ltd* |
| Borland, Elizabeth G.<br>SMITH GAMBRELL & RUSSELL LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309-3592 | =>Phone: (404) 815-3645  Fax: (404) 685-6945  Email: egborland@sgrlaw.com<br>Giant International (USA) Ltd.* |
| Bourque, Daniel J.<br>BOURQUE & ASSOCIATES PA<br>835 Hanover Street<br>Suite 301<br>Manchester, NH 03104 | =>Phone: (603) 623-5111  Fax: (603) 624-1432  Email: dbourque@nhpatlaw.com<br>Metabo Corp.* |
| Clifford, Jr, Nicholas B.<br>ARMSTRONG TEASDALE LLP<br>One Metropolitan Square<br>Suite 2600<br>St. Louis, MO 63102-2740 | =>Phone: (314) 621-5070  Fax: (314) 621-5065  Email: nclifford@armstrongteasdale.com<br>Spectrum Brands, Inc.* |
| Dukarich, Gary<br>CHRISTIE PARKER & HALE LLP | =>Phone: (949) 476-0757  Fax: (949) 476-8640  Email: gsd@cph.com<br>Human Touch LLC*; Interactive Health, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 3501 Jamboree Road<br>Suite 6000<br>Newport Beach, CA 92660-2960 | |
| Ferguson, Lisel M.<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>530 B Street<br>Suite 2100<br>San Diego, CA 92101 | => Phone: (619) 238-1900  Fax: (619) 235-0398  Email: lmf@procopio.om<br>Kyocera International, Inc.*; Kyocera Wireless Corp.* |
| Fuehrer, Erik R.<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303 | => Phone: (650) 833-2433  Fax: (650) 687-1182  Email: erik.fuehrer@dlapiper.com<br>Esseplast (USA) NC, Inc.* |
| Goldberg, Lee A.<br>PEARL COHEN ZEDEK LATZER<br>1500 Broadway<br>12th Floor<br>New York, NY 10036 | => Phone: (646) 878-0800  Fax: (646) 878-0801  Email: LeeG@pczlaw.com<br>Freshlink Product Development, LLC*; Pollen Design, Inc.* |
| Goldberg, Nolan M.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299 | => Phone: (212) 969-3000  Fax: (212) 969-2900  Email: ngoldberg@proskauer.com<br>Datalogic Scanning Holdings, Inc.*; Datalogic Scanning, Inc.*; Informatics Holdings, Inc.*; Informatics, Inc.* |
| Kramer, Melody A.<br>KRAMER LAW OFFICE<br>9930 Mesa Rim Road<br>Suite 1600<br>San Diego, CA 92121 | => Phone: (858) 362-3150  Fax: (858) 824-9073  Email: mak@kramerlawip.com<br>Sorensen (Trustee-Sorensen Research & Development Trust), Jens Erik*; Sorensen Research & Development Trust* |
| Kudlac, Kevin<br>WEIL GOTSHAL & MANGES LLP<br>700 Louisiana<br>Suite 1600<br>Houston, TX 77002 | => Phone: (713) 546-5000  Fax: (713) 224-9511  Email: kevin.kudlac@weil.com<br>Lexar Media, Inc.* |
| Leachman, Michael K.<br>JONES WALKER WAECHTER ET AL<br>8555 United Plaza Blvd.<br>Four United Plaza<br>4th Floor<br>Baton Rouge, LA 70809-7000 | => Phone: (225) 248-2420  Fax: (225) 248-3120  Email: MLeachman@joneswalker.com<br>Axonn, LLC*; Globalstar, Inc.*; Spot, LLC* |
| Lobenfeld, Eric J.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>Suite 2600<br>New York, NY 10022 | => Phone: (212) 918-8202  Fax: (212) 918-3100  Email: ejlobenfeld@hhlaw.com<br>Motorola, Inc.* |
| Mueller, John M.<br>TAFT STETTINIUS & HOLLISTER LLP | => Phone: (513) 357-9610  Fax: (513) 381-0205  Email: mueller@taftlaw.com<br>Big Lots Stores, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

Niro, Dean D.
NIRO SCAVONE HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, IL 60602-4515

=>Phone: (312) 236-0733  Fax: (312) 236-3137  Email: dniro@nshn.com
Conair Corp.*

Noonan, David J.
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue
Suite 1300
San Diego, CA 92101-8700

=>Phone: (619) 231-8666  Fax: (619) 231-9593  Email: dnoonan@knlh.com
U.S. Tape Co., Inc.*

Peterson, Douglas R.
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067

=>Phone: (310) 734-3269  Fax: (310) 734-3300  Email: dpeterson@steptoe.com
Alltrade Tools, LLC*

Rosenberg, Mark J.
SILLS CUMMIS & GROSS PC
One Rockefeller Plaza
New York, NY 10020

=>Phone: (212) 500-1563  Fax: (212) 643-6500  Email: mrosenberg@sillscummis.com
Central Purchasing, LLC*

Rosenblatt, Arnold
COOK LITTLE ROSENBLATT & MANSON
1000 Elm Street
Manchester, NH 03101

=>Phone: (603) 621-7100  Fax: (603) 621-7111  Email: a.rosenblatt@clrm.com
Metabowerke GMBH

Scott, Craig M.
SCOTT & BUSH LTD
30 Kennedy Plaza
Fourth Floor
Providence, RI 02903

=>Phone: (401) 865-6035  Fax: (401) 865-6039  Email: cscott@scottbushlaw.com
Emissive Energy Corp.*

Shalek, James H.
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036

=>Phone: (212) 969-3000  Fax: (212) 969-2900  Email: jshalek@proskauer.com
WASP Barcode Technologies

Standish, Gail J.
WINSTON & STRAWN LLP
333 S. Grand Ave.
38th Floor
Los Angeles, CA 90071

=>Phone: (213) 615-1700  Fax: (213) 615-1750  Email: gstandish@winston.com
L.G. Sourcing, Inc.*; Lowe's Companies, Inc.*; Lowe's HIW, Inc.*

Stump, Matthew A.
FAEGRE BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street

=>Phone: (612) 766-8758  Fax: (612) 766-1600  Email: mstump@faegre.com
Target Corp.*

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Minneapolis, MN 55402-3901 | |
| Volpe, Anthony S.<br>VOLPE & KOENIG PC<br>United Plaza<br>30 South 17th Street<br>Philadelphia, PA 19103 | =>Phone: (215) 568-6400  Fax: (215) 568-6499  Email: avolpe@volpe-koenig.com<br>Dorman Products, Inc.* |
| Vu, Vy H.<br>FOUNTAIN LAW GROUP INC<br>18201 Von Karman Avenue<br>Suite 960<br>Irvine, CA 92612 | =>Phone: (949) 769-6992  Fax: (949) 769-6995  Email: vyvu@fountainlawgroup.com<br>Sunbeam Products, Inc.* |
| Whitmyer, Jr, Wesley W.<br>ST ONGE STEWARD JOHNSTON & REENS LLC<br>986 Bedford Street<br>Stamford, CT 06905 | =>Phone: (203) 324-6155  Fax: (203) 327-1096  Email: litigation@ssjr.com<br>Fein Power Tools, Inc.* |
| Woodmansee, M. Andrew<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130 | =>Phone: (858) 720-5167  Email: mawoodmansse@mofo.com<br>Global Machinery Co.; GMCA PTY. Ltd.; Trapone Corp., PTY. Ltd. |

Note: Please refer to the report title page for complete report scope and key.

MDL DOCKET NO. 2149

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **MARCH 8, 2010**

TO:   Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 24 2010

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

__03/05/10__   __Breton A. Bocchieri__   [signature]
Date                    Name                                  Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving):**

Helen of Troy Texas Corp. and OXO International, Ltd.; Case No. 3:07-CV-2278, S.D. of California

See Attached List

Name and Address of Attorney Designated to Present Oral Argument:
Breton A. Bocchieri
Seyfarth Shaw LLP
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021

Telephone No.: __(310) 201-5204__    Fax No.: __(310) 201-5219__

Email Address:  __bbocchieri@seyfarth.com__

ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. ***THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (9/08)

Also for:

ACCO Brands USA LLC, CAS 3:08-1670; Alltrade Tools LLC, CAS 3:08-232; Central Purchasing LLC, CAS 3:08-309; Conair Corp., CAS 3:08-1256; Datalogic Scanning, Inc.; Datalogic Scanning Holdings, Inc.; Informatics, Inc.; Informatics Holdings, Inc., CAS 3:08-134; DMS Holdings, Inc., CAS 3:09-559; Dorman Products, Inc., CAS 3:09-1579 and PAE 2:09-2946; Esseplast USA (NC) Inc., CAS 3:07-2277; Giant International (USA) Ltd., CAS 3:07-2121; Human Touch, LLC and Interactive Health, Inc., CAS 3:07-1080; Metabo Corp., CAS 3:08-304; Rally Manufacturing, Inc., CAS 3:08-305; and Spectrum Brands, Inc., CAS 3:09-58

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2010

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

In Re: Plastic Injection Molding
Manufacturing Process (US Patent No.
4,935,184) Patent Litigation

MDL Docket No. 2149

## PROOF OF SERVICE

I, Breton A. Bocchieri, hereby certify that, on March 5, 2010, a true and correct copy of

the Notice of Presentation of Oral Argument was served upon all parties listed on the attached

Panel Service List via email/U.S. Mail; and the original was sent via FedEx to:

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 2002-8004



12164296v.1

_/s/ Breton A. Bocchieri_
Breton A. Bocchieri, Esq.
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
bbocchieri@seyfarth.com

Attorneys for HELEN OF TROY TEXAS CORP.
and OXO INTERNATIONAL LTD.

12164296v.1

**Judicial Panel on Multidistrict Litigation - Panel Service List**

Docket: 2149 - IN RE: Plastic Injection Molding Manufacturing Process ('184) Patent Litigation
Status: Pending on / /
Transferee District: Judge:

Printed on 02/17/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Anderson, Gary M.<br>FULWIDER PATTON LLP<br>6060 Center Drive<br>10th Floor<br>Los Angeles, CA 90045 | =>Phone: (310) 824-5555  Fax: (310) 824-9696  Email: ganderson@fulpat.com<br>Rally Manufacturing, Inc.* |
| Ascencio, Teresa A.<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111 | =>Phone: (816) 460-2400  Fax: (816) 531-7545  Email: tascencio@sonnenchein.com<br>DMS Holdings, Inc. dba Mabis Healthcare dba Duro-Med Industries* |
| Best, J. Donald<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>Madison, WI 53703-4257 | =>Phone: (608) 257-3501  Fax: (608) 283-2275  Email: jdbest@michaelbest.com<br>Emerson Electric Co.*; One World Technologies, Inc.*; Ridge Tool Co.*; Ridgid, Inc.*; Ryobi Technologies, Inc.*; Senco Products, Inc.*; Techtronic Industries North America, Inc.* |
| Black, Kenneth B.<br>STOEL RIVES LLP<br>201 South Main Street<br>Suite 1100<br>Salt Lake City, UT 84111 | =>Phone: (801) 328-3131  Fax: (801) 578-6999  Email: kbblack@stoel.com<br>ACCO Brands USA LLC* |
| Bocchieri, Breton A.<br>SEYFARTH SHAW LLP<br>2029 Century Park, East<br>Suite 3500<br>Los Angeles, CA 90067-3021 | =>Phone: (310) 277-7200  Fax: (310) 201-5219  Email: BBocchieri@seyfarth.com<br>Helen of Troy Texas Corp.*; OXO International Ltd* |
| Borland, Elizabeth G.<br>SMITH GAMBRELL & RUSSELL LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309-3592 | =>Phone: (404) 815-3645  Fax: (404) 685-6945  Email: egborland@sgrlaw.com<br>Giant International (USA) Ltd.* |
| Bourque, Daniel J.<br>BOURQUE & ASSOCIATES PA<br>835 Hanover Street<br>Suite 301<br>Manchester, NH 03104 | =>Phone: (603) 623-5111  Fax: (603) 624-1432  Email: dbourque@nhpatlaw.com<br>Metabo Corp.* |
| Clifford, Jr, Nicholas B.<br>ARMSTRONG TEASDALE LLP<br>One Metropolitan Square<br>Suite 2600<br>St. Louis, MO 63102-2740 | =>Phone: (314) 621-5070  Fax: (314) 621-5065  Email: nclifford@armstronteasdale.com<br>Spectrum Brands, Inc.* |
| Dukarich, Gary<br>CHRISTIE PARKER & HALE LLP | =>Phone: (949) 476-0757  Fax: (949) 476-8640  Email: gsd@cph.com<br>Human Touch LLC*; Interactive Health, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 3501 Jamboree Road<br>Suite 6000<br>Newport Beach, CA 92660-2960 | |
| Ferguson, Lisel M.<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>530 B Street<br>Suite 2100<br>San Diego, CA 92101 | => Phone: (619) 238-1900  Fax: (619) 235-0398  Email: lmf@procopio.om<br>Kyocera International, Inc.*; Kyocera Wireless Corp.* |
| Fuehrer, Erik R.<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303 | => Phone: (650) 833-2433  Fax: (650) 687-1182  Email: erik.fuehrer@dlapiper.com<br>Esseplast (USA) NC, Inc.* |
| Goldberg, Lee A.<br>PEARL COHEN ZEDEK LATZER<br>1500 Broadway<br>12th Floor<br>New York, NY 10036 | => Phone: (646) 878-0800  Fax: (646) 878-0801  Email: LeeG@pczlaw.com<br>Freshlink Product Development, LLC*; Pollen Design, Inc.* |
| Goldberg, Nolan M.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299 | => Phone: (212) 969-3000  Fax: (212) 969-2900  Email: ngoldberg@proskauer.com<br>Datalogic Scanning Holdings, Inc.*; Datalogic Scanning, Inc.*; Informatics Holdings, Inc.*; Informatics, Inc.* |
| Kramer, Melody A.<br>KRAMER LAW OFFICE<br>9930 Mesa Rim Road<br>Suite 1600<br>San Diego, CA 92121 | => Phone: (858) 362-3150  Fax: (858) 824-9073  Email: mak@kramerlawip.com<br>Sorensen (Trustee-Sorensen Research & Development Trust), Jens Erik*; Sorensen Research & Development Trust* |
| Kudlac, Kevin<br>WEIL GOTSHAL & MANGES LLP<br>700 Louisiana<br>Suite 1600<br>Houston, TX 77002 | => Phone: (713) 546-5000  Fax: (713) 224-9511  Email: kevin.kudlac@weil.com<br>Lexar Media, Inc.* |
| Leachman, Michael K.<br>JONES WALKER WAECHTER ET AL<br>8555 United Plaza Blvd.<br>Four United Plaza<br>4th Floor<br>Baton Rouge, LA 70809-7000 | => Phone: (225) 248-2420  Fax: (225) 248-3120  Email: MLeachman@joneswalker.com<br>Axonn, LLC*; Globalstar, Inc.*; Spot, LLC* |
| Lobenfeld, Eric J.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>Suite 2600<br>New York, NY 10022 | => Phone: (212) 918-8202  Fax: (212) 918-3100  Email: ejlobenfeld@hhlaw.com<br>Motorola, Inc.* |
| Mueller, John M.<br>TAFT STETTINIUS & HOLLISTER LLP | => Phone: (513) 357-9610  Fax: (513) 381-0205  Email: mueller@taftlaw.com<br>Big Lots Stores, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202-3957 | |
| Niro, Dean D.<br>NIRO SCAVONE HALLER & NIRO<br>181 West Madison Street<br>Suite 4600<br>Chicago, IL 60602-4515 | => Phone: (312) 236-0733  Fax: (312) 236-3137  Email: dniro@nshn.com<br>Conair Corp.* |
| Noonan, David J.<br>KIRBY NOONAN LANCE & HOGE LLP<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101-8700 | => Phone: (619) 231-8666  Fax: (619) 231-9593  Email: dnoonan@knlh.com<br>U.S. Tape Co., Inc.* |
| Peterson, Douglas R.<br>STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067 | => Phone: (310) 734-3269  Fax: (310) 734-3300  Email: dpeterson@steptoe.com<br>Alltrade Tools, LLC* |
| Rosenberg, Mark J.<br>SILLS CUMMIS & GROSS PC<br>One Rockefeller Plaza<br>New York, NY 10020 | => Phone: (212) 500-1563  Fax: (212) 643-6500  Email: mrosenberg@sillscummis.com<br>Central Purchasing, LLC* |
| Rosenblatt, Arnold<br>COOK LITTLE ROSENBLATT & MANSON<br>1000 Elm Street<br>Manchester, NH 03101 | => Phone: (603) 621-7100  Fax: (603) 621-7111  Email: a.rosenblatt@clrm.com<br>Metabowerke GMBH |
| Scott, Craig M.<br>SCOTT & BUSH LTD<br>30 Kennedy Plaza<br>Fourth Floor<br>Providence, RI 02903 | => Phone: (401) 865-6035  Fax: (401) 865-6039  Email: cscott@scottbushlaw.com<br>Emissive Energy Corp.* |
| Shalek, James H.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036 | => Phone: (212) 969-3000  Fax: (212) 969-2900  Email: jshalek@proskauer.com<br>WASP Barcode Technologies |
| Standish, Gail J.<br>WINSTON & STRAWN LLP<br>333 S. Grand Ave.<br>38th Floor<br>Los Angeles, CA 90071 | => Phone: (213) 615-1700  Fax: (213) 615-1750  Email: gstandish@winston.com<br>L.G. Sourcing, Inc.*; Lowe's Companies, Inc.*; Lowe's HIW, Inc.* |
| Stump, Matthew A.<br>FAEGRE BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street | => Phone: (612) 766-8758  Fax: (612) 766-1600  Email: mstump@faegre.com<br>Target Corp.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Minneapolis, MN 55402-3901 | |
| Volpe, Anthony S.<br>VOLPE & KOENIG PC<br>United Plaza<br>30 South 17th Street<br>Philadelphia, PA 19103 | => Phone: (215) 568-6400  Fax: (215) 568-6499  Email: avolpe@volpe-koenig.com<br>Dorman Products, Inc.* |
| Vu, Vy H.<br>FOUNTAIN LAW GROUP INC<br>18201 Von Karman Avenue<br>Suite 960<br>Irvine, CA 92612 | => Phone: (949) 769-6992  Fax: (949) 769-6995  Email: vyvu@fountainlawgroup.com<br>Sunbeam Products, Inc.* |
| Whitmyer, Jr, Wesley W.<br>ST ONGE STEWARD JOHNSTON & REENS LLC<br>986 Bedford Street<br>Stamford, CT 06905 | => Phone: (203) 324-6155  Fax: (203) 327-1096  Email: litigation@ssjr.com<br>Fein Power Tools, Inc.* |
| Woodmansee, M. Andrew<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130 | => Phone: (858) 720-5167  Email: mawoodmansee@mofo.com<br>Global Machinery Co.; GMCA PTY. Ltd.; Trapone Corp., PTY. Ltd. |

Note: Please refer to the report title page for complete report scope and key.

MDL DOCKET NO. 2149

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **MARCH 8, 2010**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2010

FILED
CLERK'S OFFICE

TO:   Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**X**   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing session on behalf of the designated party/parties. Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral argument for the purpose of selecting a spokesperson to avoid duplication during oral argument.

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.1(d).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing session on behalf of the designated party/parties pursuant to Rule 16.1(d).

3/5/2010       KEVIN KUDLAC       [signature]
Date           Name               Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) **(list even if waiving)**:

Jens Erik Sorensen, etc. v. Lexar Media, Inc.
N.D.C.A. No. 5:08-95

Name and Address of Attorney Designated to Present Oral Argument:

Kevin Kudlac
Weil, Gotshal & Manges LLP
700 Louisiana #1600
Houston, TX 77002

Telephone No.: 713-546-5070       Fax No.: 713-224-9511

Email Address: Kevin.Kudlac@WEIL.com

RECEIVED CLERK'S OFFICE 2010 MAR -8 A 11:06 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (9/08)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 24 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re Plastic Injection Molding                              MDL -2149
Manufacturing Process ('184 Patent Litigation)

### PROOF OF SERVICE

I, Kevin Kudlac, hereby certify that a copy of Lexar Media, Inc.'s Notice of Presentation or Waiver of Oral Argument, this Proof of Service, and the attached Panel Service List were served via email or via U.S. mail on March 5, 2010 to all parties listed on the attached Panel Service List.

_____
Kevin Kudlac
WEIL, GOTSHAL & MANGES LLP
700 Louisiana #1600
Houston, TX 77002
(713) 546-5000 telephone
(713) 224-9511 facsimile

*Attorney for Defendant
Lexar Media, Inc.*

Docket: 2149 - IN RE: Plastic Injection Molding Manufacturing Process ('184) Patent Litigation
Status: Pending on / /
Transferee District:        Judge:

Printed on 02/18/2010

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Anderson, Gary M.<br>FULWIDER PATTON LLP<br>6060 Center Drive<br>10th Floor<br>Los Angeles, CA 90045 | =>Phone: (310) 824-5555  Fax: (310) 824-9696  Email: ganderson@fulpat.com<br>Rally Manufacturing, Inc.* |
| Ascencio, Teresa A.<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>4520 Main Street<br>Suite 1100<br>Kansas City, MO 64111 | =>Phone: (816) 460-2400  Fax: (816) 531-7545  Email: tascencio@sonnenchein.com<br>DMS Holdings, Inc. dba Mabis Healthcare dba Duro-Med Industries* |
| Best, J. Donald<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Suite 700<br>Madison, WI 53703-4257 | =>Phone: (608) 257-3501  Fax: (608) 283-2275  Email: jdbest@michaelbest.com<br>Emerson Electric Co.*; One World Technologies, Inc.*; Ridge Tool Co.*; Ridgid, Inc.*; Ryobi Technologies, Inc.*; Senco Products, Inc.*; Techtronic Industries North America, Inc.* |
| Black, Kenneth B.<br>STOEL RIVES LLP<br>201 South Main Street<br>Suite 1100<br>Salt Lake City, UT 84111 | =>Phone: (801) 328-3131  Fax: (801) 578-6999  Email: kbblack@stoel.com<br>ACCO Brands USA LLC* |
| Bocchieri, Breton A.<br>SEYFARTH SHAW LLP<br>2029 Century Park, East<br>Suite 3500<br>Los Angeles, CA 90067-3021 | =>Phone: (310) 277-7200  Fax: (310) 201-5219  Email: BBocchieri@seyfarth.com<br>Helen of Troy Texas Corp.*; OXO International Ltd* |
| Borland, Elizabeth G.<br>SMITH GAMBRELL & RUSSELL LLP<br>Promenade II, Suite 3100<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309-3592 | =>Phone: (404) 815-3645  Fax: (404) 685-6945  Email: egborland@sgrlaw.com<br>Giant International (USA) Ltd.* |
| Bourque, Daniel J.<br>BOURQUE & ASSOCIATES PA<br>835 Hanover Street<br>Suite 301<br>Manchester, NH 03104 | =>Phone: (603) 623-5111  Fax: (603) 624-1432  Email: dbourque@nhpatlaw.com<br>Metabo Corp.* |
| Clifford, Jr, Nicholas B.<br>ARMSTRONG TEASDALE LLP<br>One Metropolitan Square<br>Suite 2600<br>St. Louis, MO 63102-2740 | =>Phone: (314) 621-5070  Fax: (314) 621-5065  Email: nclifford@armstrongteasdale.com<br>Spectrum Brands, Inc.* |
| Dukarich, Gary<br>CHRISTIE PARKER & HALE LLP | =>Phone: (949) 476-0757  Fax: (949) 476-8640  Email: gsd@cph.com<br>Human Touch LLC*; Interactive Health, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 3501 Jamboree Road<br>Suite 6000<br>Newport Beach, CA 92660-2960 | |
| Ferguson, Lisel M.<br>PROCOPIO CORY HARGREAVES & SAVITCH LLP<br>530 B Street<br>Suite 2100<br>San Diego, CA 92101 | =>Phone: (619) 238-1900  Fax: (619) 235-0398  Email: lmf@procopio.com<br>Kyocera International, Inc.*; Kyocera Wireless Corp.* |
| Fuehrer, Erik R.<br>DLA PIPER US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303 | =>Phone: (650) 833-2433  Fax: (650) 687-1182  Email: erik.fuehrer@dlapiper.com<br>Esseplast (USA) NC, Inc.* |
| Goldberg, Lee A.<br>PEARL COHEN ZEDEK LATZER<br>1500 Broadway<br>12th Floor<br>New York, NY 10036 | =>Phone: (646) 878-0800  Fax: (646) 878-0801  Email: LeeG@pczlaw.com<br>Freshlink Product Development, LLC*; Pollen Design, Inc.* |
| Goldberg, Nolan M.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299 | =>Phone: (212) 969-3000  Fax: (212) 969-2900  Email: ngoldberg@proskauer.com<br>Datalogic Scanning Holdings, Inc.*; Datalogic Scanning, Inc.*; Informatics Holdings, Inc.*; Informatics, Inc.* |
| Kramer, Melody A.<br>KRAMER LAW OFFICE<br>9930 Mesa Rim Road<br>Suite 1600<br>San Diego, CA 92121 | =>Phone: (858) 362-3150  Fax: (858) 824-9073  Email: mak@kramerlawip.com<br>Sorensen (Trustee-Sorensen Research & Development Trust), Jens Erik*; Sorensen Research & Development Trust* |
| Kudlac, Kevin<br>WEIL GOTSHAL & MANGES LLP<br>700 Louisiana<br>Suite 1600<br>Houston, TX 77002 | =>Phone: (713) 546-5000  Fax: (713) 224-9511  Email: kevin.kudlac@weil.com<br>Lexar Media, Inc.* |
| Leachman, Michael K.<br>JONES WALKER WAECHTER ET AL<br>8555 United Plaza Blvd.<br>Four United Plaza<br>4th Floor<br>Baton Rouge, LA 70809-7000 | =>Phone: (225) 248-2420  Fax: (225) 248-3120  Email: MLeachman@joneswalker.com<br>Axonn, LLC*; Globalstar, Inc.*; Spot, LLC* |
| Lobenfeld, Eric J.<br>HOGAN & HARTSON LLP<br>875 Third Avenue<br>Suite 2600<br>New York, NY 10022 | =>Phone: (212) 918-8202  Fax: (212) 918-3100  Email: ejlobenfeld@hhlaw.com<br>Motorola, Inc.* |
| Mueller, John M.<br>TAFT STETTINIUS & HOLLISTER LLP | =>Phone: (513) 357-9610  Fax: (513) 381-0205  Email: mueller@taftlaw.com<br>Big Lots Stores, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202-3957 | |
| Niro, Dean D.<br>NIRO SCAVONE HALLER & NIRO<br>181 West Madison Street<br>Suite 4600<br>Chicago, IL 60602-4515 | =>Phone: (312) 236-0733  Fax: (312) 236-3137  Email: dniro@nshn.com<br>Conair Corp.* |
| Noonan, David J.<br>KIRBY NOONAN LANCE & HOGE LLP<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101-8700 | =>Phone: (619) 231-8666  Fax: (619) 231-9593  Email: dnoonan@knlh.com<br>U.S. Tape Co., Inc.* |
| Peterson, Douglas R.<br>STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067 | =>Phone: (310) 734-3269  Fax: (310) 734-3300  Email: dpeterson@steptoe.com<br>Alltrade Tools, LLC* |
| Rosenberg, Mark J.<br>SILLS CUMMIS & GROSS PC<br>One Rockefeller Plaza<br>New York, NY 10020 | =>Phone: (212) 500-1563  Fax: (212) 643-6500  Email: mrosenberg@sillscummis.com<br>Central Purchasing, LLC* |
| Rosenblatt, Arnold<br>COOK LITTLE ROSENBLATT & MANSON<br>1000 Elm Street<br>Manchester, NH 03101 | =>Phone: (603) 621-7100  Fax: (603) 621-7111  Email: a.rosenblatt@clrm.com<br>Metabowerke GMBH |
| Scott, Craig M.<br>SCOTT & BUSH LTD<br>30 Kennedy Plaza<br>Fourth Floor<br>Providence, RI 02903 | =>Phone: (401) 865-6035  Fax: (401) 865-6039  Email: cscott@scottbushlaw.com<br>Emissive Energy Corp.* |
| Shalek, James H.<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036 | =>Phone: (212) 969-3000  Fax: (212) 969-2900  Email: jshalek@proskauer.com<br>WASP Barcode Technologies |
| Standish, Gail J.<br>WINSTON & STRAWN LLP<br>333 S. Grand Ave.<br>38th Floor<br>Los Angeles, CA 90071 | =>Phone: (213) 615-1700  Fax: (213) 615-1750  Email: gstandish@winston.com<br>L.G. Sourcing, Inc.*; Lowe's Companies, Inc.*; Lowe's HIW, Inc.* |
| Stump, Matthew A.<br>FAEGRE BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street | =>Phone: (612) 766-8758  Fax: (612) 766-1600  Email: mstump@faegre.com<br>Target Corp.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Minneapolis, MN 55402-3901 | |
| Volpe, Anthony S.<br>VOLPE & KOENIG PC<br>United Plaza<br>30 South 17th Street<br>Philadelphia, PA 19103 | =>Phone: (215) 568-6400  Fax: (215) 568-6499  Email: avolpe@volpe-koenig.com<br>Dorman Products, Inc.* |
| Vu, Vy H.<br>FOUNTAIN LAW GROUP INC<br>18201 Von Karman Avenue<br>Suite 960<br>Irvine, CA 92612 | =>Phone: (949) 769-6992  Fax: (949) 769-6995  Email: vyvu@fountainlawgroup.com<br>Sunbeam Products, Inc.* |
| Whitmyer, Jr, Wesley W.<br>ST ONGE STEWARD JOHNSTON & REENS LLC<br>986 Bedford Street<br>Stamford, CT 06905 | =>Phone: (203) 324-6155  Fax: (203) 327-1096  Email: litigation@ssjr.com<br>Fein Power Tools, Inc.* |
| Woodmansee, M. Andrew<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive<br>Suite 100<br>San Diego, CA 92130 | =>Phone: (858) 720-5167  Email: mawoodmansse@mofo.com<br>Global Machinery Co.; GMCA PTY. Ltd.; Trapone Corp., PTY. Ltd. |

Note: Please refer to the report title page for complete report scope and key.