UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 14, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PLASTIC INJECTION MOLDING
MANUFACTURING PROCESS ('184) PATENT
LITIGATION                                                                              MDL No. 2149

ORDER DENYING TRANSFER

      **Before the entire Panel**[*]: Patent holder Jens Erik Sorensen, as trustee of Sorensen Research and Development Trust (collectively Sorensen) moves, pursuant to 28 U.S.C. § 1407, for centralization of 29 patent infringement actions in the Southern District of California or the Northern District of California.[1] All responding allegedly infringing parties or groups of parties in 25 actions oppose the motion.  If the Panel deems centralization appropriate, some opponents alternatively favor selection of one of the proposed districts as transferee forum.

      These 29 actions are pending as follows: 27 actions in the Southern District of California and one action each in the Northern District of California and the Eastern District of Pennsylvania, as listed on Schedule A.

      On the basis of the papers filed and hearing session held, we are not persuaded that Section 1407 centralization would serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation.  Although all actions share one or more factual questions relating to the validity of United States Patent 4,935,184, the parties can continue to avail themselves of alternatives to Section 1407 transfer to minimize whatever possibilities may arise of duplicative discovery and/or inconsistent pretrial rulings. The presiding Southern District of California judge is already coordinating proceedings in the 27 actions before him.  All parties in the Eastern District of Pennsylvania declaratory judgment action are already before the Southern District of California court.   The remaining Northern District of California action is likely susceptible to informal coordination by the involved parties and courts as well.  *See, e.g., In re Eli Lilly and Co. (Cephalexin*

---

    [*] Judges Heyburn, Miller and Trager took no part in the disposition of this matter.

   [1] Three additional actions on the Section 1407 motion – *Big Lots Stores, Inc. v. Sorensen Research & Development Trust*, S.D. California, C.A. No. 3:09-2702; *Jens Erik Sorensen, etc. v. Freshlink Product Development, LLC, et al.*, S.D. California, C.A. No. 3:09-267; and *Jens Erik Sorensen, etc. v. Grizzly Industrial, Inc., et al.*, S.D. California, C.A. No. 3:09-531 – were recently dismissed.  Accordingly, the question of centralization as it relates to these actions is moot.

- 2 -

*Monohydrate) Patent Litigation*, 446 F.Supp. 242, 244 (J.P.M.L.1978); *see also* Manual for Complex Litigation, Fourth, § 20.14 (2004).

    IT IS THEREFORE ORDERED that the motion, pursuant to 28 U.S.C. § 1407, for centralization of these 29 actions is denied.

PANEL ON MULTIDISTRICT LITIGATION

_____
Kathryn H. Vratil
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman[*] | Robert L. Miller, Jr.[*] |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | David G. Trager[*] |

IN RE: PLASTIC INJECTION MOLDING
MANUFACTURING PROCESS ('184) PATENT
LITIGATION                                                          MDL No. 2149

## SCHEDULE A

Northern District of California

Jens Erik Sorensen, etc. v. Lexar Media, Inc., C.A. No. 5:08-95

Southern District of California

Jens Erik Sorensen, etc. v. Giant International (USA) Ltd., C.A. No. 3:07-2121
Jens Erik Sorensen, etc. v. Esseplast (USA) NC, Inc., C.A. No. 3:07-2277
Jens Erik Sorensen, etc. v. Helen of Troy Texas Corp., et al., C.A. No. 3:07-2278
Jens Erik Sorensen, etc. v. Emerson Electric Co., et al., C.A. No. 3:08-60
Jens Erik Sorensen, etc. v. Ryobi Technologies, Inc., et al., C.A. No. 3:08-70
Jens Erik Sorensen, etc. v. Senco Products, Inc., C.A. No. 3:08-71
Jens Erik Sorensen, etc. v. Informatics, Inc., et al., C.A. No. 3:08-134
Jens Erik Sorensen, etc. v. Motorola, Inc., C.A. No. 3:08-136
Jens Erik Sorensen, etc. v. Alltrade Tools, LLC, C.A. No. 3:08-232
Jens Erik Sorensen, etc. v. Global Machinery Co., et al., C.A. No. 3:08-233
Jens Erik Sorensen, etc. v. Emissive Energy Corp., C.A. No. 3:08-234
Jens Erik Sorensen, etc. v. Metabo Corp., et al., C.A. No. 3:08-304
Jens Erik Sorensen, etc. v. Rally Manufacturing, Inc., C.A. No. 3:08-305
Jens Erick Sorensen, etc. v. Sunbeam Products, Inc., C.A. No. 3:08-306
Jens Erik Sorensen, etc. v. Central Purchasing, LLC, C.A. No. 3:08-309
Jens Erik Sorensen, etc. v. Kyocera International, Inc., et al., C.A. No. 3:08-411
Jens Erik Sorensen, etc. v. DMS Holdings, Inc., C.A. No. 3:08-559
Jens Erik Sorensen, etc. v. Human Touch LLC, et al., C.A. No. 3:08-1080
Jens Erik Sorensen, etc. v. Conair Corp., et al., C.A. No. 3:08-1256
ACCO Brands USA LLC v. Jens Erik Sorensen, C.A. No. 3:08-1670
Jens Erik Sorensen, etc. v. Target Corp., C.A. No. 3:09-56
Jens Erik Sorensen, etc. v. Big Lots Stores, Inc., C.A. No. 3:09-57
Jens Erik Sorensen, etc. v. Spectrum Brands, Inc., C.A. No. 3:09-58
Jens Erik Sorensen, etc. v. Lowe's Companies, Inc., et al., C.A. No. 3:09-59
Jens Erik Sorensen, etc. v. Axonn, LLC, et al., C.A. No. 3:09-60
Jens Erik Sorensen, etc. v. Fein Power Tools, Inc., et al., C.A. No. 3:09-558
Jens Erik Sorensen, etc. v. Dorman Products, Inc., C.A. No. 3:09-1579

Eastern District of Pennsylvania

Dorman Products, Inc. v. Sorensen Research & Development Trust, C.A. No. 2:09-2946